UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES CONSOLIDATED LITIGATION | * * * | CIVIL ACTION NO.: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * * * | |

### PROPOSED RULE 54(b) FINAL JUDGMENT

Upon considering the above and foregoing Renewed Motion For Entry of FRCP 54(b) Final Judgment filed by The Hanover Insurance Company, incorrectly named as Hanover Insurance company ("Hanover") [Rec. Doc. 13704], and finding that there is no just reason for delay, it is hereby:

**ORDERED** that a Rule 54(b) Final Judgment be entered as to Hanover, dismissing all claims brought by all Plaintiffs in the captioned matter as they may relate to Hanover, including without limitation those claims asserted against Hanover by its two policyholders, Jack Capella and Madeleine Grenier, incorrectly identified as Sophia Granier, with prejudice.

**NEW ORLEANS, LOUISIANA** this __26th__ day of September, 2008.

_____
UNITED STATES DISTRICT JUDGE

1