UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: KATRINA CANAL BREACHES | * | CIVIL ACTION |
| CONSOLIDATED LITIGATION | * | NO.: 05-4182 "K"(2) |
| | * | |
| | * | JUDGE DUVAL |
| PERTAINS TO: INSURANCE | * | |
| *Vanderbrook*, No. 05-6323 | * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| | * | |
| | * | |

## PROPOSED RULE 54(b) FINAL JUDGMENT

Upon considering the above and foregoing Renewed Motion For Entry of FRCP 54(b) Final Judgment filed by The Standard Fire Insurance Company, incorrectly named as Travelers Insurance Company and The St. Paul Travelers Insurance Company ("Standard Fire") [Rec. Doc. 13703], and finding that there is no just reason for delay, it is hereby:

**ORDERED** that a Rule 54(b) Final Judgment be entered as to Standard Fire, dismissing all claims brought by all Plaintiffs in the captioned matter as they may relate to Standard Fire, including without limitation those claims asserted against Standard Fire by its two policyholders, Gregory Jackson and Peter Ascani, III, with prejudice.

**NEW ORLEANS, LOUISIANA** this ___26th___ day of September 2008.

_____
UNITED STATES DISTRICT JUDGE

1